784 A.2d 68

IN THE MATTER OF CHARLES MORRONE,
AN ATTORNEY AT LAW

November 16, 2001.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–194/195 concluding that **CHARLES MORRONE** of **MARLTON,** who was admitted to the bar of this State in 1996, should be reprimanded for violating *R.* 1:21–1(a) (failure to maintain *bona fide* office) and *RPC* 5.5(a) (practice of law in a jurisdiction where doing so violates the regulation of the legal profession in that jurisdiction);

And the Disciplinary Review Board having concluded that the charge of violating *RPC* 1.16(a)(1) in the *Yackel* matter should be dismissed;

And good cause appearing;

It is ORDERED that **CHARLES MORRONE** is hereby reprimanded; and it is further

ORDERED that the charge of violation of *RPC* 1.16(a)(1) in the *Yackel* matter is dismissed for lack of clear and convincing evidence; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.